

# <u>AMENDED</u> COMPLAINT

(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern

JUN 25 2026

FILED
Clerk of Court

(Full name of plaintiff)

LAWRENCE JAMARQUES BRADLEY

v.

(Full name of defendant(s))

RN JULIE

NURSE HEATHER

SOUTHERN HEALTH PRACTICES

Case Number:

2b-cv-0403-bhl

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of ___WISCONSIN___, and is located at
(State)

___2000 PROGRESS RD. NEW LISBON, WI 53950___
(Address of prison or jail)

2.    Defendant ___RN JULIE___
(Name)

is (if a person or private corporation) a citizen of ___WISCONSIN___
(State, if known)

Amended Complaint – 1

(PARTIES CONTINUED)

3. Defendant. Nurse Heather is a citizen of Wisconsin and worked for Southern Health Practices.

3.) Nurse Heather

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____ SOUTHERN HEALTH PRACTICES _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On April 27, 205, 1, Lawrence J. Bradley slipped and fell onto the floor while detained in the Walworth County Jail. This accident caused me to hurt and injure my right hand. Shortly thereafter, I alerted Correctional Officer Jacob C. Morris about my injury, upon which C.O. Morris notified "Nurse Julie" about the incident. Nurse Julie approved me for an ice-pack and stated that she would order x-rays. After two (2) days, on April 29, 2025, I still had not received any x-rays or substantial medical evaluation pertaining to my

injured hand. I had to call a friend, Liane Bruggeman to explain to her that I injured my hand but was still suffering from pain, due to the jail's and medical provider's failure to treat my injury. It was only when my friend (Liane) contacted the jail by phone (to complain) that I was finally able to receive an x-ray on April 29, 2025. I believe I was the subject of discrimination based upon my status as an incarcerated individual and possibly other demographic factors. I am an African-American male who is incarcerated but couldn't obtain x-rays after two (2) full days of inquiry. However, my friend Liane who happens to be a caucasian female was not incarcerated was able to prompt the jail and it's medical provider(s) to perform an x-ray on my hand after phone call and related inquiry into the matter. Even after I had the initial x-ray, it took approximately 13 hours for jail staff

# STATEMENT OF CLAIM
<u>Supplemental Annex #1</u>

to inform me that the x-rays indicated that my hand was broken and that I would be scheduled to see a specialist (an "ortho" doctor.

Between April 27, 2025 and approximately May 12, 2025 (when I initially injured my hand and when I was officially evaluated by an "ortho" doctor), the Walworth County Jail medical staff took no alternative measures to provide me with medical care to help alleviate the suffering associated with my hand injury. I had to suffer for approximately 15 days without a "cast" or support apparatus for my hand, 12 of those days of which the jail medical staff had full knowledge that the x-ray(s) determined my hand was broken.

Furthermore, when I went to be treated by the "ortho" doctor on May 12, 2025, I was told that my appointment had been canceled, by me, when that is highly impossible due to the fact that I was incarcerated without any knowledge of when, where, and with whom my appointment would take place. There is no possible way that I could have canceled my own appointment.

The cancellation of my appointment with the "ortho" doctor was an intentional act of retaliation done by Nurse Heather and Nurse Julie collectively, in an attempt to to sabotage the treatment of my injury.

The cancellation of my appointment was due retaliation for the numerous complaints and inquiries made on my behalf over the course of time in which the injury occurred and up to the date of the cancellation request.

However, despite the original cancellation, the "ortho" doctor proceeded with evaluating my injury. The Walworth County Jail's medical staff's (Nurse Heather and Nurse Julie) refusal to arrange effective or alternative emergency treatment for excess of twelve (12) days is objectively unreasonable. Nurse Heather and Nurse Julie were fully aware that their failure to arrange prompt medical care would lead to harmful results once it was determined that my hand was broken. Pittman by and through Hamilton v. Cty. of Madison, Illinois, 970 F.3d 823, 828 (7th Cir. 2020). However, I had to suffer extreme pain for approximately 12 days without medical treatment for a broken hand, which is unreasonable. McCann v. Ogle Cty., Illinois, 909 F.3d 881, 886 (7th Cir. 2018); Miranda v. County of Lake, 900 F.3d 335, 350-53 (7th Cir. 2018). Even a brief delay in treatment can violate the constitution "if it exacerbrated the inmates injury or unnecessarily prolonged his pain". Lewis v. McLean, 864 F.3d 556, 563 (7th Cir. 2017)

C.     JURISDICTION

☑     I am suing for a violation of federal law under 28 U.S.C. § 1331.

                      OR

☐     I am suing under state law. The state citizenship of the plaintiff is different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am requesting compensatory damages and punitive damages consistent with monetary awards granted to similarly situated plantiffs with the same or similar type of injuries and painful suffering.

Amended Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___18th___ day of ___June___ 20_26_.

Respectfully Submitted,

_Laurence Bradley_
Signature of Plaintiff

___405105___
Plaintiff's Prisoner ID Number

___New Lisbon Correctional Institution___
___2000 Progress Rd. New Lisbon, WI 53950___
(Mailing Address of Plaintiff)

Amended Complaint – 5